USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGALIST INC.,

Petitioner,

-against-

MARIO RINALDI,

Respondent.

26-CV-07702 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On September 8, 2026, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **October 1, 2026**. Respondent's opposition, if any, is due on **October 15, 2026**. Petitioner's reply, if any, is due **October 22, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **October 1, 2026**, and shall file an affidavit of such service with the Court no later than **October 2, 2026**.

Dated: September 10, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge