USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEGALIST INC.,

Petitioner,

-against-

MARIO RINALDI,

Respondent.

26-CV-07702 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On September 8, 2026, Petitioner Legalist, Inc. ("Petitioner") filed a petition (the "Petition") to confirm the May 18, 2026 partial final arbitration award (the "Award"). Dkt. No. 1. On the same day, Petitioner filed a motion to confirm the Award along with a supporting memorandum, an Affirmation of Michelle E. Morrow, and Exhibits 1 through 8. Dkt. No. 1. On September 10, 2026, the Court ordered Petitioner to "file and serve any additional materials with which they intend to support their [P]etition by October 1, 2026," and to serve the Petition, supporting papers, and that order on Respondent Mario Rinaldi ("Respondent") by October 1, 2026. Dkt. No. 8. That Order required Respondent to file their opposition, if any, by October 15, 2026. *Id.* On September 29, 2026, Petitioner properly served all required filings on Respondent. *See* Dkt. No. 10. To date, Respondent has neither appeared in this action nor responded to the Petition, and has not otherwise sought relief from the Award.

The Court must treat the Petition, even though unopposed, "under the legal standards applicable to a motion for summary judgment." *Dirs. Guild of Am., Inc. v. Nat'l Broad. Co. Inc.*, No. 22-CV-01770 (PAE), 2022 WL 2129052, at *2 (S.D.N.Y. June 14, 2022) (discussing applicable legal standards for analyzing unopposed petitions to enforce arbitration awards and collecting cases). After reviewing the Petition and the supporting materials, the Court finds that there is no genuine issue of material fact precluding summary judgment as to all portions of the Award, as the Arbitrator's decision provides more than "a barely colorable justification for the outcome reached." *Id.* Nor is there any justification under Section 10(a) of the Federal Arbitration Act for vacating the Award.

Accordingly, IT IS ORDERED AND ADJUDGED that the Petition is GRANTED, the Award is CONFIRMED, and judgment is entered in favor of Petitioner and against Respondent as follows:

1. The Award is confirmed in all respects;

2. Petitioners shall have judgment against Respondent in the following amount, plus post-judgment interest:

a. The amount of the Award, **$108,718.45**;
b. Interest from May 18, 2026, the date of the Award, to the entry of judgment, at an annual rate of 9% per annum pursuant to N.Y. CPLR §§ 5002 and 5004; and
c. Post-judgment interest as mandated in 28 U.S.C. § 1961.

The Clerk of Court is respectfully directed to calculate the final amount of the judgment in accordance with the above, and enter final judgment for Petitioner.

Dated: October 27, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge