**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LEGALIST INC.,

Petitioner,

26 **CIVIL** 7702 (MMG)

-against-

**JUDGMENT**

MARIO RINALDI,

Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2026, the Petition is GRANTED, the Award is CONFIRMED, and judgment is entered in favor of Petitioner and against Respondent in the amount of $108,718.45 plus pre-judgment interest from May 18, 2026, the date of the Award, to the entry of judgment, at an annual rate of 9% per annum pursuant to N.Y. C PLR §§ 5002 and 5004 in the amount of $4,369; Post-judgment interest shall accrue as mandated in 28 U.S.C. § 1961.

**Dated:** New York, New York
October 28, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**